# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **NATHAN JENKINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )     **CIVIL ACTION FILE** |
| **PEACH STATE EMS, LLC,** | )     **NO. 2:20-CV-00288-RWS-JCF** |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW NATHAN JENKINS and PEACH STATE EMS, LLC, in the above-styled case and herewith file this STIPULATION OF DISMISSAL WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii).

Respectfully submitted this 29th day of March 2021.

                                                    THE MCCABE LAW FIRM, LLC

                                                    */s/ James M. McCabe*
                                                    James M. McCabe
                                                    Georgia Bar No. 724618

                                                    Attorney for Plaintiff

3355 Lenox Road, Suite 750
Atlanta, Ga 30326
Office: 404.250-3233
Fax: 404.400.1724
jim@mccabe-lawfirm.com

Stipulated to by:

                                                    ANDERSEN, TATE & CARR P.C.

                                                    */s/ Elizabeth L. Clack-Freeman*
                                                    Elizabeth L. Clack-Freeman
                                                    Georgia Bar No. 126888

                                                  Attorney for Defendant

One Sugarloaf Centre
Suite 4000
1900 Satellite Blvd
Duluth, GA 30097
P: (770) 822-0900
E-Mail: lcfreeman@atclawlawfirm.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| **NATHAN JENKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **CIVIL ACTION FILE** |
| **PEACH STATE EMS, LLC,** | ) | **NO. 2:20-CV-00288-RWS-JCF** |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have the day served a copy of the within and foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** upon all parties to the matter by E-Filing system to all counsel of record as follows:

Elizabeth L. Clack-Freeman

Respectfully submitted this 29th day of March 2021.

THE MCCABE LAW FIRM, LLC

*s/ James M. McCabe*_____
James M. McCabe
Attorney for Plaintiff